318 U.S. 794
 63 S.Ct. 990
 87 L.Ed. 1159
 The AKRON, CANTON & YOUNGSTOWN RAILWAY COMPANY, Debtor, petitioner,
v.
George E. HAGENBUCH and H. B. Stewart, Jr., Trustees, etc., et al.
 No. 354.
 
 Wm. H. CHAMBERLAIN, holder of record of all the common
 stock of the Akron, Canton & Youngstown Railway
 Company, etc., et al., petitioners,
 v.
 George E. HAGENBUCH and H. B. Stewart, Jr.,
 Trustees, etc., et al.
 No. 355.
 Supreme Court of the United States
 April 19, 1943
 Rehearing Denied May 24, 1943.
 See 319 U.S. 782, 63 S.Ct. 1169, 87 L.Ed. ——.
 Messrs. Paul D. Miller and John Wallis, for petitioner.
 Messrs. Andrew P. Martin and H. L. Chapman, for trustees of Akron, C. & Y. Ry Co. and another.
 Mr. Shelton Pitney, for Bondholders' Protective Committee for Northern Ohio Ry. Co. First Mortgage Bonds.
 Mr. George C. Sharp, for Bondholders' Committee for Akron, C. & Y. Ry. Co. General & Refunding Mortgage Gold Bonds.
 Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit.
 
 
 1
 Denied.
 
 
 2
 Mr. Justice RUTLEDGE took no part in the consideration or decision of this application.